**DISMISS and Opinion Filed July 31, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00870-CV

**FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellant**
**V.**
**ABEL PACHECO AND ALL OTHER OCCUPANTS OF 2929 SHADOW WOOD DRIVE, DALLAS, TEXAS 75224, Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02088-A**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Brown
Opinion by Justice Lang

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that it no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).



/ Douglas S. Lang/
DOUGLAS S. LANG
140870F.P05                                    JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FEDERAL HOME LOAN MORTGAGE
CORPORATION, Appellant

No. 05-14-00870-CV    V.

ABEL PACHECO AND ALL OTHER
OCCUPANTS OF 2929 SHADOW WOOD
DRIVE, DALLAS, TEXAS 75224,
Appellees

On Appeal from the County Court at
Law No. 1, Dallas County, Texas.
Trial Court Cause No. CC-14-02088-A.
Opinion delivered by Justice Lang.   Justices
Myers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, ABEL PACHECO AND ALL OTHER OCCUPANTS OF 2929 SHADOW WOOD DRIVE, DALLAS, TEXAS 75224, recover their costs of this appeal from appellant, FEDERAL HOME LOAN MORTGAGE CORPORATION.

Judgment entered this 31st day of July, 2014.